# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>EVAN RAY ATKINSON,<br>    Defendant. | Case No.: 3:22-cr-00004-MMD-CSD<br>**Order**<br>[Docket No. 38] |

Pending before the Court is Defendant's motion to appear by videoconference. Docket No. 38. Defendant asks the Court for the ability to appear by videoconference at his initial appearance on revocation proceedings scheduled on April 7, 2022, at 2:30 p.m. *Id.* at 1. Defendant submits that he currently is attending a residential treatment program out of state, in California. *Id.*

For good cause shown, the Court **GRANTS** Defendant's motion. Docket No. 38. Mr. Atkinson may appear via video conference for his initial appearance on April 7, 2022, at 2:30 PM. No later than April 1, 2022, counsel must contact Ari Caytuero, the undersigned's Courtroom Administrator, to make the necessary arrangements.

IT IS SO ORDERED.

Dated: March 25, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1