DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
Attorneys for Defendant,
EVAN RAY ATKINSON

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:22-cr-00004-ART-CSD |
| Plaintiff, | |
| vs. | |
| EVAN RAY ATKINSON, | |
| Defendant. | |

**UNOPPOSED MOTION TO REMOVE KENNETH GLADSTONE AS THIRD PARTY CUSTODIAN, TO COMMENCE THE APPOINTMENT OF EVANGELINA ATKINSON AS THIRD PARTY CUSTODIAN, AND FOR MR. ATKINSON TO BE RELEASED FROM ZAKS HOUSE TREATMENT TO EVANGELINA ATKINSON**

**COMES NOW,** Defendant Evan Ray Atkinson, by and through his undersigned counsel Richard A. Schonfeld, and hereby moves the Honorable Court for an Order that Kenneth Gladstone be removed as Third Party Custodian; that Evangelina Atkinson commence her Third Party Custody over Mr. Atkinson, and that Mr. Atkinson be released from Zaks House treatment to Evangelina Atkinson's third party custody.

This Motion is based upon the following:

1.  Defendant Atkinson is currently in an in-patient substance abuse treatment program at Zaks House and was previously enrolled for in-patient treatment at Fred Brown. Mr. Atkinson has been enrolled in said treatment since his release on Bond in this case;

2.  Senior United States Pretrial Services Officer Misty Sanchez has verified that Mr. Atkinson has done well in his treatment and she is therefore satisfied that Mr. Atkinson can now be discharged from the treatment program at Zaks House;

3.  The Court previously appointed Evangelina Atkinson to be Third Party Custodian over Mr. Atkinson upon his release from treatment, with his place of residence to be in Arkansas with Evangelina Atkinson. Accordingly, Dr. Atkinson would now accompany Mr. Atkinson upon release from the program to her residence in Arkansas;

Mr. Atkinson further requests that Evangelina Atkinson be permitted to bring him to Court appearances in Nevada, provided that Mr. Atkinson first receives permission from United States Pretrial Services.

AUSA Andolyn Johnson has no opposition to this Motion.

**DATED** this 16th day of June, 2022.

**CHESNOFF & SCHONFELD**

*/s/ Richard A. Schonfeld*
DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant
Evan Ray Atkinson

# ORDER

For good cause shown as reflected in the Defendant's Motion, the Court hereby **ORDERS** that Kenneth Gladstone be removed as Third Party Custodian over Evan Atkinson at the point in time that Evangelina Atkinson picks Evan Atkinson up from the Zaks House treatment facility. Evangelina Atkinson will then commence her Third Party Custody over Mr. Atkinson.

Evangelina Atkinson will be permitted to bring Mr. Atkinson to Court appearances in Nevada, provided that Mr. Atkinson first receives permission from United States Pretrial Services.

**IT IS SO ORDERED.**

DATED this 16th day of June, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**

Respectfully submitted:

/s/ Richard A. Schonfeld
**RICHARD A. SCHONFELD, ESQ.**
Attorney for Defendant